IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**MCQUILLEN,**

    **Plaintiff,**

v.                                                           Case No. 2:20-cv-6006
                                                                    JUDGE EDMUND A. SARGUS, JR.
**COMMISSIONER OF SOCIAL SECURITY,**    Magistrate Judge Nora McCann King

    **Defendant.**

## OPINION AND ORDER

On December 29, 2021, the Magistrate Judge in this case issued a Report and Recommendation proposing that the decision of the Commissioner, denying disability benefits to the Plaintiff, be AFFIRMED. (ECF No. 19.) The Plaintiff filed a timely objection. (ECF No. 20.)

The Court has reviewed the objection filed by the Plaintiff. She is correct that a doctor examining her with regard to alleged workers compensation claims would not necessarily opine on migraine headaches which could render a person disabled but not be work related. Nonetheless, the reasons give by the ALJ in concluding that the plaintiff had the capacity to perform semi-skilled work with a number of occupational limitations.

The Court ADOPTS the Report and Recommendation of the Magistrate Judge. The decision of the Commissioner of Social Security denying benefits is AFFIRMED. This case is DISMISSED.

    **IT IS SO ORDERED.**

 Date: 3/23/2022                                          s/Edmund A. Sargus, Jr.
                                                            **EDMUND A. SARGUS, JR., JUDGE**
                                                            **UNITED STATES DISTRICT JUDGE**